IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                      Case Number: 1:02-CR-071-01
                                            District Judge Susan J. Dlott

ATALLAH ADWANI,
        Defendant,

MOTION BY THE CLERK TO DISPOSE OF PASSPORT

A judgment and Commitment Order was filed in the above captioned matter on 9/25/03.

At this time the Clerk's Office moves for the disposal of the surrendered passports.

James Bonini, Clerk

By: s/Darlene Maury
Acting Division Manager

ORDER

Pursuant to the termination of the above captioned matter, the Clerk's Office is directed to dispose of the surrendered passports to:

\_\_\_\_\_    Return to the named defendant.

  X    Return to:    United States Department of State
                          Office of Passport Policy and Advisory Services
                          2100 Pennsylvania Avenue N.W., 3rd Floor
                          Washington, DC 20037

IT IS SO ORDERED.

*Susan J. Dlott*
United States District Judge