**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total P | |

Sent To: United States Department of State
Office of Passport Policy and Advisory Services
Street, or PO B: 2100 Pennsylvania Ave. N.W., 3rd Floor
City, Sta: Washington, DC 20037

PS Form 3800, April 2002                    See Reverse for Instructions