IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. CR-1-02-71-1 |
| Attalah Adwani | ) | |
| | ) | |

**ORDER TERMINATING SUPERVISED RELEASE**

The above named was placed on supervised release on May 24, 2005 for a period of three years. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

_____
United States District Judge

_Nov 28, 2006_
Date